IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD DUNCAN                              :
1300 Pennsylvania Avenue                    :
Apartment H-3                               :
Oreland, PA  19075                          :
                                            :  NO: 16-CV-01489
                                            :
        v.                                  :
                                            :
OMNI INSURANCE COMPANY                      :
2018 Powers Ferry Road, Suite 400           :
Atlanta, GA  30339                          :

**ARBITRATION CERTIFICATION**

    I, James C. Haggerty, Esquire, counsel for the plaintiff, Richard Duncan, do hereby certify that pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs.

                                HAGGERTY, GOLDBERG, SCHLEIFER
                                & KUPERSMITH, P.C.

BY:   JCH4113
        JAMES C. HAGGERTY, ESQUIRE
        PA Attorney I.D. # 30003
        1835 Market Street, Suite 2700
        Philadelphia, PA  19103
        (267) 350-6600
        FAX (215) 665-8197
        Attorney for Plaintiff