```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD DUNCAN                  :      CIVIL ACTION
                                :
     v.                         :
                                :
OMNI INSURANCE COMPANY          :      NO. 16-1489
                                :
```

ORDER

AND NOW, this 28th day of September, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

(1) the motion of defendant Omni Insurance Company for summary judgment (Doc. # 14) is GRANTED; and

(2) the motion of plaintiff Richard Duncan for partial summary judgment (Doc. # 11) is DENIED.

                                      BY THE COURT:

                                      /s/ Harvey Bartle III
                                                                J.