```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD DUNCAN                  :         CIVIL ACTION
                                :
     v.                         :
                                :
OMNI INSURANCE COMPANY          :         NO. 16-1489
```

JUDGMENT

AND NOW, this 28th day of September, 2016, for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that summary judgment is entered in favor of defendant Omni Insurance Company and against plaintiff Richard Duncan.

                              BY THE COURT:


                              /s/ Harvey Bartle III
                                                     J.