IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD DUNCAN          :
                                : No.16-1489-HB
                                :

v.          :
                                :

OMNI INSURANCE COMPANY          :
                                :

## **NOTICE OF APPEAL**

      Notice is hereby given that the plaintiff, Richard Duncan, hereby appeals to the United States Court of Appeals for the Third Circuit from the September 28, 2016 Order and Memorandum granting Summary Judgment in favor of the defendant, Omni Insurance Company, and the October 4, 2016 Order denying Reconsideration of that decision. The Orders were entered on September 28, 2016 and October 4, 2016, respectively. These Orders have been entered in the docket as

1

evidenced by the attached copy of docket entries. Judgement has been entered in favor of the defendant, Omni Insurance Company. There is no transcript of any proceedings in this regard.

        Respectfully Submitted,

        HAGGERTY, GOLDBERG, SCHLEIFER
        & KUPERSMITH, P.C.

BY:    JCH4113
        JAMES C. HAGGERTY, ESQUIRE
        SUZANNE TIGHE, ESQUIRE
        PA Attorney I.D. # 30003; 80179
        1835 Market Street, Suite 2700
        Philadelphia, PA 19103
        (267) 350-6600
        FAX (215) 665-8197

        KELLY & HERRON, P.C.

BY:  /s/ Kevin P. Kelly
        KEVIN P. KELLY, Esquire
        PA Attorney I.D. # 28306
        1500 Market Street
        Centre Square – West Tower
        Suite W-3110
        Philadelphia, PA 19102

        Attorneys for Plaintiff