CLOSED,STANDARD

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CIVIL DOCKET FOR CASE #: 2:16-cv-01489-HB

DUNCAN v. OMNI INSURANCE COMPANY
Assigned to: HONORABLE HARVEY BARTLE, III
Cause: 28:1441 Notice of Removal- Insurance Contract

Date Filed: 04/01/2016
Date Terminated: 09/28/2016
Jury Demand: Plaintiff
Nature of Suit: 110 Contract: Insurance
Jurisdiction: Diversity

**Plaintiff**

**RICHARD DUNCAN** represented by **JAMES C. HAGGERTY**
HAGGERTY GOLDBERG SCHLEIFER & KUPERSMITH PC
1835 MARKET ST STE 2700
PHILADELPHIA, PA 19103
267-350-6609
Email: jhaggerty@hgsklawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEVIN P. KELLY**
KELLY & HERRON PC
1500 MARKET ST SUITE W-3110
CENTRE SQUARE - WEST TOWER
PHILADELPHIA, PA 19102
215-972-1500
Email: kkelly@kellyherronlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SUZANNE TIGHE**
Haggerty, Goldberg, Schleifer & Kupersmith
1835 Market Street
Suite 2700
Philadelphia, PA 19103
1-267-350-6600
Fax: 215-665-8201
Email: stighe@hgsklawyers.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**OMNI INSURANCE COMPANY** represented by **R. BRUCE MORRISON**
MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
2000 MARKET ST SUITE 2300

PHILADELPHIA, PA 19103
215-575-2746
Fax: 215-575-0856
Email: rbmorrison@mdwcg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**TERESA FICKEN SACHS**
MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
2000 MARKET ST SUITE 2300
PHILADELPHIA, PA 19103
215-575-2600
Email: tfsachs@mdwcg.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2016 | 1 | NOTICE OF REMOVAL by OMNI INSURANCE COMPANY from Philadelphia CCP, case number 160300267. (Filing fee $ 400 receipt number 137986), Certificate of Service. (tj, ) (Entered: 04/04/2016) |
| 04/01/2016 | 2 | Disclosure Statement Form pursuant to FRCP 7.1 Identifying Corporate Parent AMERICAN INDEPENDENT COMPANIES INC. for OMNI INSURANCE COMPANY. with Certificate of Service by OMNI INSURANCE COMPANY.(tj, ) (Entered: 04/04/2016) |
| 04/08/2016 | 3 | DEFENDANTS ANSWER WITH AFFIRMATIVE DEFENSES, by OMNI INSURANCE COMPANY. CERTFICATE OF SERVICE, EXHIBITS.(sg, ) (Entered: 04/08/2016) |
| 04/11/2016 | 4 | Arbitration Certification that case exceeds the sum of $150,000.00 exclusive of interest and costs (Attachments: # 1 Certificate of Service Certification of Service)(HAGGERTY, JAMES) (Entered: 04/11/2016) |
| 04/12/2016 | 5 | NOTICE of Hearing: STATUS CONFERENCE SET FOR 4/25/2016 04:15 PM IN JUDGE BARTLE'S CHAMBERS BEFORE HONORABLE HARVEY BARTLE III. ADDITIONAL CONFERENCE DETAILS CONTAINED HEREIN.(km, ) (Entered: 04/12/2016) |
| 04/25/2016 | 6 | DEMAND for Trial by Jury by RICHARD DUNCAN. (Attachments: # 1 Certificate of Service)(HAGGERTY, JAMES) (Entered: 04/25/2016) |
| 04/26/2016 | 7 | Minute Entry for proceedings held before HONORABLE HARVEY BARTLE, III Status Conference held on 4/25/16. (jl, ) (Entered: 04/26/2016) |
| 04/26/2016 | 8 | SCHEDULING ORDER: THAT PLAINTIFF SHALL FILE AND SERVE ON OR BEFORE 6/27/2016 ANY BRIEF ON THE ISSUE OF POLICY COVERAGE TOGETHER WITH A SET OF STIPULATED FACTS. DEFENDANT SHALL FILE AND SERVE ANY RESPONSIVE BRIEF ON OR BEFORE 7/11/2016. PLAINTIFF SHALL FILE AND SERVE ANY REPLY BRIEF ON OR BEFORE 7/25/2016. SIGNED BY HONORABLE HARVEY BARTLE, III ON 4/26/2016. 4/26/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 04/26/2016) |
| 05/11/2016 | 9 | Original Record together with certified copy of docket entries received from Court of Common Pleas of Philadelphia County. (sg, ) (Entered: 05/11/2016) |
| 06/27/2016 | 10 | STIPULATION regarding certain facts by RICHARD DUNCAN. (Attachments: # 1 |

| | | |
|---|---|---|
| | | Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(HAGGERTY, JAMES) Modified on 6/28/2016 (afm, ). (Entered: 06/27/2016) |
| 06/27/2016 | 11 | MOTION for Partial Summary Judgment filed by RICHARD DUNCAN.Memorandum and certificate of service. (Attachments: # 1 Text of Proposed Order, # 2 Memorandum, # 3 Certificate of Service, # 4 Exhibit A-1, # 5 Exhibit A-2)(HAGGERTY, JAMES) (Entered: 06/27/2016) |
| 07/11/2016 | 12 | ORDER THAT THE FIRST SCHEDULING ORDER DATED 4/26/2016 IS VACATED. DEFENDANTS SHALL FILE AND BRIEF RESPONSIVE TO THE MOTION FOR PARTIAL SUMMARY JUDGMENT BY 7/18/2016. THE PLAINTIFF SHALL FILE ANY REPLY BRIEF ON OR BEFORE 8/1/2016. SIGNED BY HONORABLE HARVEY BARTLE, III ON 7/11/2016. 7/11/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 07/11/2016) |
| 07/12/2016 | 13 | NOTICE of Appearance by SUZANNE TIGHE on behalf of RICHARD DUNCAN with Certificate of Service (Attachments: # 1 Certificate of Service)(TIGHE, SUZANNE) (Entered: 07/12/2016) |
| 07/18/2016 | 14 | MOTION for Summary Judgment filed by OMNI INSURANCE COMPANY.memorandum of law, certificate of service.(MORRISON, R.) (Entered: 07/18/2016) |
| 07/18/2016 | 15 | RESPONSE in Opposition re 11 MOTION for Partial Summary Judgment filed by OMNI INSURANCE COMPANY. (MORRISON, R.) (Entered: 07/18/2016) |
| 07/28/2016 | 16 | REPLY MEMORANDUM OF LAW IN SUPPORT OF re 11 MOTION for Summary Judgment filed by RICHARD DUNCAN, CERTIFICATE OF SERVICE. (Attachments: # 1 Certificate of Service, # 2 Exhibit A-1, # 3 Exhibit A-2)(HAGGERTY, JAMES) Modified on 7/29/2016 (afm, ). (Entered: 07/28/2016) |
| 07/28/2016 | 17 | RESPONSE in Opposition re 14 MOTION for Summary Judgment *of Omni Insurance Company* filed by RICHARD DUNCAN. (Attachments: # 1 Memorandum, # 2 Certificate of Service, # 3 Exhibit A-1, # 4 Exhibit A-2)(HAGGERTY, JAMES) (Entered: 07/28/2016) |
| 08/11/2016 | 18 | MOTION for Leave to File *Reply Brief* filed by OMNI INSURANCE COMPANY.Rule 7.1(b) Certification; Certificate of Service. (Attachments: # 1 Exhibit A - Reply Brief) (SACHS, TERESA) (Entered: 08/11/2016) |
| 08/12/2016 | 19 | ORDER THAT DEFENDANT OMNI INSURANCE COMPANY'S UNOPPOSED MOTION SEEKING LEAVE TO SUBMIT A SHORT REPLY BRIEF IS GRANTED. THE CLERK IS DIRECTED TO DOCKET THE REPLY ATTACHED AS AN EXHIBIT TO SAID MOTION UNDER A SEPERATE DOCKET ENTRY. SIGNED BY HONORABLE HARVEY BARTLE, III ON 8/12/2016. 8/12/2016 ENTERED AND COPIES E-MAILED. (ems) (Entered: 08/12/2016) |
| 08/12/2016 | 20 | OMNI INSURANCE COMPANY'S REPLY MEMORANDUM OF LAW ON CROSS-MOTIONS FOR SUMMARY JUDGMENT by OMNI INSURANCE COMPANY. Certificate of Service. (ems) (Entered: 08/12/2016) |
| 09/28/2016 | 21 | MEMORANDUM AND/OR OPINION. SIGNED BY HONORABLE HARVEY BARTLE, III ON 9/28/2016. 9/28/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 09/28/2016) |
| 09/28/2016 | 22 | ORDER THAT THE MOTION OF DEFENDANT OMNI INSURANCE COMPANY FOR SUMMARY JUDGMENT (DOC. 14 ) IS GRANTED. THE MOTION OF PLAINTIFF RICHARD DUNCAN FOR PARTIAL SUMMARY JUDGMENT (DOC. 11 |

| | | |
|---|---|---|
| | | ) IS DENIED. SIGNED BY HONORABLE HARVEY BARTLE, III ON 9/28/2016. 9/28/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 09/28/2016) |
| 09/28/2016 | 23 | ORDER THAT SUMMARY JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF. SIGNED BY HONORABLE HARVEY BARTLE, III ON 9/28/2016. 9/28/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 09/28/2016) |
| 09/29/2016 | 24 | MOTION for Reconsideration re 23 Order Dismissing Case filed by RICHARD DUNCAN.Memorandum and certificate of service. (Attachments: # 1 Memorandum, # 2 Certificate of Service, # 3 Text of Proposed Order)(HAGGERTY, JAMES) (Entered: 09/29/2016) |
| 10/04/2016 | 25 | ORDER THAT PLAITNIFFS MOTION FOR RECONSIDERATION (DOC. 24 )IS DENIED. SIGNED BY HONORABLE HARVEY BARTLE, III ON 10/4/2016.10/4/2016 ENTERED AND COPIES E-MAILED.(sg, ) (Entered: 10/04/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/06/2016 10:04:12 | | | |
| PACER Login: | ws2774:3418024:0 | Client Code: | Duncan,richard |
| Description: | Docket Report | Search Criteria: | 2:16-cv-01489-HB |
| Billable Pages: | 3 | Cost: | 0.30 |